# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY F. CLARKE, SR.

NO. 2021 KW 1570

**FEBRUARY 14, 2022**

---

In Re: Tony F. Clarke, Sr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 300686.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator has failed to carry his burden of proving that he was convicted by a nonunanimous jury verdict. See La. Code Crim. P. art. 930.2.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT